IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.No. CR 05 74T |
| | ) | |
| vs. | ) | In violation of 18 U.S.C. |
| | ) | § 922(g)(1) |
| | ) | |
| WILLIAM J. BENNETT | ) | |

<u>INDICTMENT</u>

The Grand Jury charges that:

<u>COUNT I</u>

On or about March 9, 2005, in the District of Rhode Island, the defendant WILLIAM J. BENNETT, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit: a Jennings 9mm caliber handgun, serial number 1330875.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

Dated: June 15, 2005