**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-74T** **DATE: June 27, 2005**

**TITLE: USA v. William Bennett**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Zech Chafee, AUSA
Kevin Fitzgerald, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court informs Deft of rights and charge.
Deft understands rights and charge.
Deft pleads not guilty.
Arraignment order entered.
Deft held at ACI without bail.
No argument.
Deft remanded to custody.