AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

William Bennett

APPEARANCE

CASE NUMBER: CR05-74T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Bennett

I certify that I am admitted to practice in this court.

6-27-5
Date

[signature]
Signature

Kevin J. Fitzgerald 5775
Print Name Bar Number

10 Weybosset St
Address

Providence RI 02903
City State Zip Code

401-528-4281
Phone Number Fax Number

form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

SCANNED