1036302

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUN 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

WILLIAM J. BENNETT

**WARRANT FOR ARREST**

CASE NUMBER: CR05-74T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM J. BENNETT
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(1)

JEANNINE THEALL
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

June 15, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on Writ; returned to ACI | | |
| DATE RECEIVED 06/15/2005 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 06/27/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.