**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-74T** **DATE**: September 15, 2005
**TITLE OF CASE:** USA v. William J. Bennett

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Kevin J. Fitzgerald, Esq.

---

**PROCEEDINGS:** **Change of Plea**

All counsel of record present. Defendant present. Government summarizes charge, elements of proof, maximum potential penalties and terms of plea agreement. Defendant sworn. Court questions defendant. Court reviews rights that defendant gives up by entering a guilty plea and the difference between a guilty and a not-guilty plea. Government summarizes facts it would prove at trial. Court finds that defendant’s plea is made voluntarily and of defendant’s free will. Court finds there is a factual basis for such plea. Court accepts defendant’s plea of guilty and finds him guilty as to Count 1 of the Indictment. Sentencing set for Friday, December 16, 2005 at 11:00 a.m.