**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,

vs. C.R. No. 05-74T

William J. Bennett

**NOTICE OF APPEAL**

Pursuant to the Oral Order of Judge Ernest C. Torres on December 16, 2005, now comes the defendant, William J. Bennett, and notices his appeal to the United States Court of Appeals for the First Circuit from the sentence imposed on the above mentioned date.

ENTER:

Deputy Clerk

December 20, 2005