**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-074T** |
| | ) | |
| **WILLIAM BENNETT** | ) | |

---

NOTICE OF APPEAL

Now comes the defendant, William Bennett, and hereby notices his appeal of the sentence imposed on December 16, 2005.

Respectfully submitted
William Bennett
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this notice, to Zechariah Chafee, Assistant United States Attorney, on December 20th, 2005