05-00074 T
USDC/RI
Torres, J

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1214

UNITED STATES

Appellee

v.

WILLIAM J. BENNETT

Defendant - Appellant

**JUDGMENT**
**Entered: February 23, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jtt
**Deputy Clerk**

**Date:** 2/23/06

[cc: Kevin J. Fitzgerald, AFPD, Zechariah Chafee, AUSA, Donald Lockhart, AUSA]