**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM BENNETT,
Petitioner

v.

CA: 08-40T
CR: 05-74T

UNITED STATES OF AMERICA,
Respondent

**ORDER**

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," (filed as a Motion to Compel the Court to Modify/Reduce Sentence pursuant to 18 U.S.C. §3582(c)(2)) on or before February 29th, 2008.

Entered as an Order of this Court:

[signature]
DEPUTY CLERK

ENTER:

[signature: Ernest C Torres]
ERNEST C. TORRES
Senior U.S. District Judge

DATE: 1/30/08