IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

-----------------------------

UNITED STATES OF AMERICA

vs. Cr No. 05-74T

William J. Bennett

-----------------------------

PETITIONER'S RESPONSE TO GOVERNMENT OBJECTIONS TO HIS MOTION TO VACATE, SET ASIDE , OR CORRECT HIS SENTENCE PURSUANT TO 28 U.S.C. § 2255

Now comes the Petitioner, William J. Bennett, in the above-captioned matter, and respectively responds to the Government:

1. Petitioner sets forth, in detail, the factual allegations, in which he bases his claim for ineffective assistance of counsel In his Motion and Memorandum thease factual allegations provide that the Petitioner has a palpable claim for relief and should not be denied, without even an evidentiary hearing.

2. Petitioner also includes an Affidavit, supporting his Motion.

3. Petitioner's issues include:

a. Lack of explanations and introduction of U.S.S.G. to the defendant by his counsel prior to his Change of Plea and during Plea Negotiations.

b. Lack of communication between the Defendant and His Defense Attorney reguarding His prior felony conviction.

c. Lack of Defençe Attorney own investigation, in reference to the Defendant prior felony reccord.

d. Lack of the preparation to the Argument, pertaining to 18 U.S.C. § 924(e) at Sentencing by the Defençe Counsel.

Petitioner urges the Court to provide careful review to the issues raised. Defendant's Argument is that inadequate assistance was provided to him during His Plea Negotiation, Change of Plea, and Sentencing. Defendant also argues, that if he was in position to face the fair trial, he would of have a chance to bring all thease and other issues in front of the jury. Furthermore, Petitioner was presented by his Defence counsel, that the issue the Government is using and the Government's theory of the case:is an " alleged sale of $200 gun". Defendent was eventually led by his counselor in to the understanding that he would face 2-3 year Sentence, if he Agrees with the Government.

Based on all issues, Petitioner rely on the Court to measure Defense counsel's level of performance, and whether it fell within the " Generally accepted boundaries of competence"

**CONCLUSION**

Based on the foregoing Petioner respectfully requests that unless this Honorable Court sees fit to allow Defendant's Motion sua sponte, that the Court conduct an evidentiary hearing on Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence by a person in Federal Custody.

The Defendant,

William J. Bennett

-----------------------------

Pro-se

Reg.No. 05635-070
F.M.C. Devens
PO Box 879
Ayer, MA 01432

## CERTIFICATE OF SERVICE

I, William J. Bennett, hereby certify that i caused the foregoing document to be served upon the U.S. Attorney's Office, for the District of Rhode Island, by First Class Mail this 13 day of March 2008.

William J Bennett

William Bennett, Pro-se

Robert Clark Corrente, US Attorney
Zechariah Chaffe, Assistant US Attorney

U.S. Attorney's Office
50 Kennedy Plaza, 8 th Floor
Providence, RI 02903