IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

-----------------------------

UNITED STATES OF AMERICA

vs. Cr. No. 05-74T

William J. Bennett

-----------------------------

PETITIONER'S AFFIDAVIT IN SUPPORT

TO HIS MOTION TO VACATE

SET ASIDE, OR CORRECT HIS SENTENCE

PURSUANT TO 28 U.S. C. §2255

I am, William j. Bennett, trully state under penalty, that i was missinformed by my counsel about the posible fithteen year sentence at the time of the Plea Negotiation, Change of Plea, or Sentencing. I also state that i was never introduced by the counselor to U.S.S.G., PSR. We never had conversations about my prior offences and Government theory of applying them in to the calculation of my Sentence. Prior to my Plea Agreement and Change of Plea in to the Plea of Guilty my Attorney explained to me that i will be facing 2-3.5 year Sentence. I was also explained that i am agreeing to plea guilty to $200 gun sale.

Trully submitted,

William J. Bennett, Pro-se